1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
   Assistant United States Attorney
4
5  DENNIS M. WONG (CSBN 173951)
   Special Assistant United States Attorney
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
7  Telephone: (925)803-4760
   FAX: (415) 436-6748
8  Email: dwong@bop.gov

9  Attorneys for Federal Respondent

10                 UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                       OAKLAND DIVISION

13  DIANNE ARAGON,                )   No. C-07-2925-CW
14                                )   E-FILING CASE
        Petitioner,                )
15                                )   DECLARATION OF CECILIA BURKS
        v.                         )
16                                )
    SCHELIA A. CLARK, Warden,     )
17                                )
        Respondent.                )
18  _____)

19
20
21
22
23
24
25
26
27
28

Declaration of Cecilia Burks
*Aragon v. Clark*, C-07-2925-CW                1

I, Cecilia Burks, do declare and state the following:

1. I am the Correctional Programs Secretary and Administrative Remedy Clerk employed by the Federal Bureau of Prisons ("BOP"), in the Correctional Programs Department. I have held the Correctional Program Secretary position since November of 2001, and Administrative Remedy Clerk position since April 2006. As part of my duties, I am familiar with the records compiled by the BOP and have access thereto. I am trained and have access to various BOP databases, including those dealing with administrative remedies.

2. The Administrative Remedy Program is a system by which inmates can complain about almost any aspect of their confinement. Procedural guidelines are spelled out in BOP policy, Program Statement 1330.13, <u>Administrative Remedy Program</u>, which is available at www.bop.gov and in all BOP inmate law libraries. The procedure requires that the inmate first present his complaint to the institution staff (BP-9's). The Warden of that institution then responds to the BP-9. If dissatisfied with the response at that level, the inmate may appeal his complaint to the Regional Director (BP-10's). The Regional Director then responds to the inmate's BP-10. If dissatisfied with the Regional Director's response, the inmate may finally appeal to the General Counsel's Office in the Central Office of the BOP (BP-11's). The National Inmate Appeals Administrator responds to the inmate's BP-11. An inmate has not exhausted his administrative remedies until he has filed his complaint at all three levels and has been denied at all three levels. *See* 28 C.F.R. § 542.10 *et seq*.

3. I have personally reviewed the Administrative Remedy logs ("logs") maintained on the SENTRY Computer system. This is a national database which includes all administrative grievance filings made by inmates incarcerated in BOP facilities.

4. My review of the logs shows that during her incarceration with the BOP, inmate Dianne Aragon, Register No. 27331-051, has not filed any request for administrative remedy at any level on any issue. A true and correct copy of the administrative remedy logs for inmate Aragon is attached as Exhibit 1.

Declaration of Cecilia Burks
*Aragon v. Clark*, C-07-2925-CW                    2

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief. Executed this 11th day of September, 2007, at Dublin, California.

_____
Cecilia Burks
Administrative Remedy Clerk

Declaration of Cecilia Burks
*Aragon v. Clark*, C-07-2925-CW         3

# Exhibit 1

*Administrative Remedy Log* for Dianne Aragon, Reg. No. 27331-051

```
         FUNCTION: LST  SCOPE: REG    EQ 27331-051      OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____     DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____ ____ ____ ____ ____ ____ ____
TRACK: DEPT: ____ ____ ____ ____ ____ ____ ____
      PERSON: ____ ____ ____ ____ ____ ____ ____
        TYPE: ___  ___  ___  ___  ___  ___  ___
EVNT FACL: EQ ____ ____ ____ ____ ____ ____ ____
RCV FACL.: EQ ____ ____ ____ ____ ____ ____ ____
RCV UN/LC: EQ ____ ____ ____ ____ ____ ____ ____
RCV QTR..: EQ ____ ____ ____ ____ ____ ____ ____
ORIG FACL: EQ ____ ____ ____ ____ ____ ____ ____
ORG UN/LC: EQ ____ ____ ____ ____ ____ ____ ____
ORIG QTR.: EQ ____ ____ ____ ____ ____ ____ ____


G5152       NO REMEDY DATA EXISTS FOR THIS INMATE
```