Sept 19, 2007

Re: Diana Aragon

Dear Judge Wilkens:

I am writing in response to the Bureau of Prisons' opposition to my Petition for Writ of Habeas Corpus. Mr Wong, US attorney, and the BOP have denied my request for up to the last six months of my federal sentence be served in a halfway house. Your Honor, I am asking for this additional time in the halfway house because I believe that only 34 days does not give me sufficient time to look for and obtain employment, nor give me the time to save money in order to transition back into my community ~~by being able to afford a decent living~~.

Judge Wilkens, ~~for too long job~~ my home is in Roswell, NM, however because there is no federal halfway house there, I will be staying at the Dismas House in

FILED
SEP 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Las Cruces. Because I am unfamiliar with the city and its prospective job market, I think it will be difficult to find a job in so short a time. In addition I would be returning to Roswell after only 1-2 weeks of employment. It is much better to assign me to the halfway house for the greatest amount of time to gain the greatest amount of benefit from this program. I believe more time in the halfway house will give me a greater chance at a successful reentry into my community.

I would also like to point out that during my sentencing hearing on 11-8-06 in the US District Court of New Mexico, Judge Brack specifically stated I would serve six months in the halfway house (verifiable through court transcripts).

Judge Wilkens, I humbly and sincerely request that you grant my motion 2241, and order the BOP to place me in the halfway house for the remaining six months (or less) of my sentence. I feel the optimum amount of time there will only increase ~~my~~ the likelihood of my successful transition back into society.

Thank you so much, Your Honor, for your kind and thoughtful consideration of my motion.

Respectfully,

Diana Aragon