Federal Prison Camp Dublin
Name: Diana Aragon
Reg No. 27337-057
5675 8th St Camp Parks
Dublin, CA 94568

OAKLAND CA 946
20 SEP 2007 PM 5 T



Judge Wilkens
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102